IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| GERARDO GARCIA, § | |
| § | |
| Plaintiff, § | |
| v. § | No. 3:19-cv-382-PRM |
| § | |
| CORNERSTONE INDUSTRIES CORP., § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

COMES NOW Defendant CORNERSTONE INDUSTRIES CORP. and files this Notice of Settlement, and would respectfully show the Court as follows:

1. The parties have reached a resolution of this case. The parties are presently in the process of documenting the terms of their settlement agreement and anticipate that all settlement documents will be exchanged and executed no later than 30 days from today's date.

WHEREFORE, PREMISES CONSIDERED, Defendant notifies the Court of the resolution of this case.

14850-117/BAK/1572026

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
**A Professional Corporation**
P. O. Box 1977
El Paso, Texas 79999-1977
Phone: (915) 532-2000
Telefax: (915) 541-1597
koehler@mgmsg.com
perez@mgmsg.com
esparza@mgmsg.com

By:_____
    Bruce A. Koehler
    State Bar No. 11649300
    Monica L. Perez
    State Bar No. 24083662
    Michelle D. Esparza
    State Bar No. 24116329

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Bruce A. Koehler, herby certify that on this 21st day of January, 2021, a true and correct copy of the foregoing document was electronically filed using the CM/ECF System, which will send notification of such filing to attorney for Plaintiff, Oscar Mendez, Jr., SCHERR & LEGATE, PLLC, 109 North Oregon, 12th Floor, El Paso, Texas 79901 [omendez@scherrlegate.com].

_____
Bruce A. Koehler