# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| GERARDO GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3:19-cv-382-PRM |
| | § | |
| CORNERSTONE INDUSTRIES CORP., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, GERARDO GARCIA, and Defendant, CORNERSTONE INDUSTRIES CORP., in the above-styled and numbered cause, by and through their respective attorneys of record, and, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of this action, with prejudice, with the parties to bear their own costs.

Dated this 9th day of February, 2021.

Respectfully submitted,

**SCHERR LEGATE, PLLC**
109 N. Oregon, 12th Floor
El Paso, Texas 79901
(915) 544-0100
FAX (915) 532-1759

By: *approved via e-mail 2/09/21*
/s/ Oscar Mendez, Jr.
_____
Oscar Mendez, Jr.
State Bar No. 24058473
omendez@scherrlegate.com

Attorney for Plaintiff

1572030

        **MOUNCE, GREEN, MYERS,**
        **SAFI, PAXSON & GALATZAN**
        **A Professional Corporation**
        P. O. Box 1977
        El Paso, Texas 79999-1977
        Phone: (915) 532-2000
        Telefax: (915) 541-1597
        koehler@mgmsg.com
        perez@mgmsg.com
        esparza@mgmsg.com

By: /s/ Bruce A. Koehler

        Bruce A. Koehler
        State Bar No. 11649300
        Monica L. Perez
        State Bar No. 24083662
        Michelle D. Esparza
        State Bar No. 24116329

Attorneys for Defendant