IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GERARDO GARCIA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-19-CV-382-PRM |
| CORNERSTONE<br>INDUSTRIES CORP.,<br>Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **10th day** of February, 2021.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE